# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Charles A. Jones Jr.            BK NO. 24-00495 HWV
       Christina Denise Jones

                Debtor(s)              Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

                                                Respectfully submitted,

                                           /s/ *Michael Farrington*
                                           Michael Farrington
                                           07 Mar 2024, 10:03:28, EST

                                     KML Law Group, P.C.
                                     BNY Mellon Independence Center
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106
                                     215-627-1322