United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-00495-HWV
Charles A. Jones, Jr.  Chapter 13
Christina Denise Jones
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Apr 05, 2024     Form ID: ntcnfhrg     Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles A. Jones, Jr., Christina Denise Jones, 5308 Ridgeview Drive, Harrisburg, PA 17112-2433 |
| 5599348 | + | CBNA / Costco, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5599365 | + | Seventh Avenue / Midnight Velvet, 1112 Seventh Avenue, Monroe, WI 53566-1364 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2024 19:07:58 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5599344 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 05 2024 19:08:00 | Affirm, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 5600107 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2024 19:08:01 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5599345 | + | Email/PDF: bncnotices@becket-lee.com | Apr 05 2024 19:07:58 | American Express National Bank, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 5599347 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 05 2024 19:08:04 | CBNA / Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 5599349 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 05 2024 19:08:05 | CBNA / The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5599346 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2024 18:57:27 | Capital One Bank USA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5599351 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 05 2024 18:53:00 | Comenity Bank / Boscov's, Attn: Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 5599352 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 05 2024 18:53:00 | Comenity Bank / Caesar's, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5599353 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 05 2024 18:57:49 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5599354 | | Email/Text: mrdiscen@discover.com | Apr 05 2024 18:53:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5600831 | | Email/Text: mrdiscen@discover.com | Apr 05 2024 18:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5599355 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 05 2024 18:53:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code #3113, Omaha, NE 68102-1593 |

| | | | | |
|---|---|---|---|---|
| 5601473 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 05 2024 18:53:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 5599356 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 05 2024 18:53:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 5599357 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 05 2024 18:53:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5599350 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 05 2024 18:57:43 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 5605935 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 05 2024 18:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5599358 | | Email/Text: bankruptcy@kashable.com | Apr 05 2024 18:53:00 | Kashable, 489 Fifth Avenue, Floor 18, New York, NY 10017 |
| 5599359 | | Email/Text: ktramble@lendmarkfinancial.com | Apr 05 2024 18:53:00 | Lendmark Financial Services, 2118 Usher Street, Covington, GA 30014-2434 |
| 5599361 | + | Email/Text: Unger@Members1st.org | Apr 05 2024 18:53:00 | Members 1st Federal Credit Union, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5599362 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 05 2024 18:57:22 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5604915 | + | Email/Text: bankruptcy@sccompanies.com | Apr 05 2024 18:54:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5604179 | + | Email/PDF: cbp@omf.com | Apr 05 2024 19:08:04 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5599363 | | Email/PDF: cbp@omf.com | Apr 05 2024 18:57:22 | OneMain Financial Group, 601 NW 2nd Street, PO Box 3251, Evansville, IN 47731-3251 |
| 5599364 | ^ | MEBN | Apr 05 2024 18:51:43 | Prosper Funding, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 5599366 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 05 2024 18:57:44 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5599367 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 05 2024 18:57:49 | Synchrony Bank / Amazon, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5599368 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 05 2024 18:56:43 | Synchrony Bank / Lowe's, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 5599369 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 05 2024 19:07:56 | Synchrony Bank / PayPal Extras, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5599370 | | Email/Text: bknotice@upgrade.com | Apr 05 2024 18:53:00 | Upgrade, 275 Battery Street, Floor 23, San Francisco, CA 94111 |
| 5599371 | | Email/Text: electronicbkydocs@nelnet.net | Apr 05 2024 18:53:00 | US Department of Education, Attn: Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 5599372 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 05 2024 19:08:05 | Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5599373 | + | Email/Text: bankruptcydept@wyn.com | Apr 05 2024 18:54:00 | Wyndham Resort Development, PO Box 98940, Las Vega, NV 89193-8940 |
| 5599360 | + | Email/Text: bknotification@loandepot.com | Apr 05 2024 18:54:00 | loanDepot.com, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5605964 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5606716 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5606717 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5606797 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor LOANDEPOT.COM LLC mfarrington@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Christina Denise Jones pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Charles A. Jones Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Charles A. Jones Jr.,<br>**Debtor 1**<br>Christina Denise Jones,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:24−bk−00495−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**May 1, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: May 8, 2024<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 5, 2024 |

ntcnfhrg (08/21)