United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-00495-HWV |
| Charles A. Jones, Jr. | Chapter 13 |
| Christina Denise Jones | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 1
Date Rcvd: May 13, 2024      Form ID: pdf010      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2024:**

**Recip ID**      **Recipient Name and Address**
         Commonwealth of Pennsylvania, Bureau of Payroll Operations, PO Box 8006, Harrisburg, PA 17105-8006

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor LOANDEPOT.COM LLC mfarrington@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Christina Denise Jones pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Charles A. Jones Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Charles A. Jones, Jr.<br>**Debtor 1**<br>Christina Denise Jones<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:24-BK-00495-HWV<br><br>**Matter:** Motion for Wage Attachment Order |

## ORDER OF COURT

UPON CONSIDERATION of the above-referenced Debtor(s) having filed a Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 2, Christina Denise Jones, receives income from:

> Commonwealth of Pennsylvania
> Bureau of Payroll Operations
> PO Box 8006
> Harrisburg, PA 17105-8006

Should deduct from said Debtor 2's income the sum of **$779.54** from each **bi-weekly** paycheck, or such other sums as Debtor 2 may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which Debtor 2 receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Debtor 2, and to remit the deductible sums to:

> Jack N. Zaharopoulos, Esquire
> Standing Chapter 13 Trustee
> PO Box 6008
> Memphis, TN 38101-6008

IT IS FURTHER ORDERED that the entity from whom Debtor 2 receives income shall notify the Standing Chapter 13 Trustee if Debtor 2's income is terminated and the reason, therefore. IT IS FURTHER ORDERED that all remaining income of Debtor 2 except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Debtor 2 in accordance with usual payment procedure. IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor(s) on all checks being forwarded to the Standing Chapter 13 Trustee to ensure proper accounting of the funds.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 13, 2024