# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Charles A. Jones Jr., **Debtor 1** | Chapter 13 |
| Christina Denise Jones, **Debtor 2** | Case No. 1:24–bk–00495–HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 7, 2024. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 11, 2024

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Charles A. Jones, Jr.<br>**Debtor 1**<br>Christina Denise Jones<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:24-BK-04495-HWV<br><br>**Matter:** Order Confirming Amended Chapter 13 Plan |

# CERTIFICATE OF SERVICE

I hereby certify that on Friday, July 12, 2024, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:24-bk-00495-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Fri May 10 15:51:29 EDT 2024 | Ally Financial, c/o AIS Portfolio Services,<br>4515 N Santa Fe Ave Dept APS<br>Oklahoma City, OK 73118-7901 | U.S. Bankruptcy Court<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102-1104 |
| Affirm<br>30 Isabella Street, Floor 4<br>Pittsburgh, PA 15212-5862 | Ally Financial<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | American Express National Bank<br>PO Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | CBNA / Best Buy<br>50 Northwest Point Road<br>Elk Grove Village, IL 60007-1032 | CBNA / Costco<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 |
| CBNA / The Home Depot<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Capital One Bank USA<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Comenity Bank / Boscov's<br>Attn Bankruptcy Department<br>PO Box 183043<br>Columbus, OH 43218-3043 |
| Comenity Bank / Caesar's<br>Attn Bankruptcy Department<br>PO Box 182125<br>Columbus, OH 43218-2125 | Credit One Bank<br>PO Box 98875<br>Las Vegas, NV 89193-8875 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Discover Bank<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 | Fortiva<br>PO Box 105555<br>Atlanta, GA 30348-5555 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | (p)KASHABLE LLC<br>PO BOX 4287<br>NEW YORK NY 10163-4287 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Members 1st FCU<br>PO Box 8893<br>Camp Hill, PA 17001-8893 | Members 1st Federal Credit Union<br>5000 Marketplace Way<br>Enola, PA 17025-2431 | Merrick Bank<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 |

| | | |
|---|---|---|
| Montgomery Ward<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | OneMain Financial<br>PO Box 3251<br>Evansville, IN 47731-3251<br>*DUPLICATE* | OneMain Financial Group<br>601 NW 2nd Street<br>PO Box 3251<br>Evansville, IN 47731-3251 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Prosper Funding<br>221 Main Street, Suite 300<br>San Francisco, CA 94105-1909<br>*DUPLICATE* | Prosper Funding LLC<br>C/O Weinstein & Riley, P.S.<br>1415 WESTERN AVE, SUITE 700<br>SEATTLE, WA 98101-2051 |
| Purchasing Power, LLC<br>2727 Paces Ferry Road SE<br>Bldg. 2, Suite 1200<br>Atlanta, GA 30339-6143 | Quantum3 Group LLC as agent for<br>Bread Financial Legacy<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br>*DUPLICATE* |
| Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Seventh Avenue / Midnight Velvet<br>1112 Seventh Avenue<br>Monroe, WI 53566-1364 | Synchrony Bank<br>Attn: Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank / Amazon<br>Attn: Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank / Lowe's<br>Attn: Bankruptcy Department<br>PO Box 965061<br>Orlando, FL 32896-5061 | Synchrony Bank / PayPal Extras<br>Attn: Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| US Department of Education<br>Attn: Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104<br>*ELECTRONIC* | (p)UPGRADE INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-2322 |
| Wells Fargo Bank, N.A., Wells Fargo Card Ser<br>PO Box 10438 MAC F8235-02F<br>Des Moines, IA 50306-0438<br>*DUPLICATE* | Wells Fargo Card Services<br>PO Box 10438<br>MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wyndham Resort Development<br>PO Box 98940<br>Las Vega, NV 89193-8940 |
| loanDepot.com<br>26642 Towne Center<br>Foothill Ranch, CA 92610-2808<br>*DUPLICATE* | loanDepot.com, LLC<br>5465 Legacy Drive, Suite 400<br>Plano, TX 75024-3192 | Charles A. Jones Jr.<br>5308 Ridgeview Drive<br>Harrisburg, PA 17112-2433 |
| Christina Denise Jones<br>5308 Ridgeview Drive<br>Harrisburg, PA 17112-2433 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625<br>*ELECTRONIC* | Paul Donald Murphy-Ahles<br>Dethlefs Pykosh & Murphy<br>2132 Market Street<br>Camp Hill, PA 17011-4706<br>*ELECTRONIC* |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card<br>PO Box 15298<br>Wilmington, DE 19850 | First National Bank of Omaha<br>1620 Dodge Street<br>Stop Code #3113<br>Omaha, NE 68102-1593 | (d)First National Bank of Omaha<br>1620 Dodge Street, Stop Code 3113<br>Omaha, Nebraska 68197 |
| Kashable<br>489 Fifth Avenue, Floor 18<br>New York, NY 10017 | Lendmark Financial Services<br>2118 Usher Street<br>Covington, GA 30014-2434 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 |
| Upgrade<br>275 Battery Street, Floor 23<br>San Francisco, CA 94111 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LOANDEPOT.COM, LLC

End of Label Matrix
Mailable recipients   56
Bypassed recipients    1
Total                 57